COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00645-CV |
| Style: | Prophet Ronald Dwayne Whitfield v. Clear Lake Nissan and Santander Consumer USA, Inc. |
| Date motion filed[*]: | September 14, 2015 |
| Type of motion: | Amended Motion to Dismiss Appeal for Want of Jurisdiction and Motions to Strike and for Sanctions |
| Parties filing motion: | *Pro Se* Appellant |
| Document to be filed: | N/A |

Is appeal accelerated?      No.

Ordered that motion is:

☐ Granted

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☒ Other: _____

Although the *pro se* appellant listed several appellate and trial court cause numbers on his motion, it was handwritten over the typed answer and original counterclaim of a First Service Credit Union ("FSCU"), and apparently seeks the dismissal or striking of FCSU's answer filed in the unrelated trial court cause number 2015-45473. According to the trial clerk's website, while FSCU is listed as a defendant and cross-plaintiff in No. 2015-45473, there has been no notice of appeal filed in that case. Furthermore, FSCU is neither listed as an appellee nor cross-appellant in this appellate cause number 01-15-00645-CV. Accordingly, appellant's amended motion to dismiss appeal for want of jurisdiction and motions to strike and for sanctions is **dismissed as moot** because FSCU is not a party to this appeal and has not filed a cross-appeal.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                 ☒ Acting individually      ☐ Acting for the Court

Date:  September 24, 2015

November 7, 2008 Revision